1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   ELIZABETH KURLAN (CABN 255869)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  QINGKUAN DENG,
                                        C 4:23-cv-03420 DMR
13                    Plaintiff,

14  v.                                  **STIPULATION TO STAY PROCEEDINGS;
                                        ORDER**
15  USCIS San Francisco Asylum Office,

16                    Defendant.

17

18      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

19  Court to stay proceedings in this case for a limited time, until December 28, 2023. The parties make this

20  joint request because they are pursuing an administrative resolution that may render further litigation of

21  this case unnecessary.

22      Plaintiff filed this mandamus action seeking adjudication of their Form I-589, Application for

23  Asylum and for Withholding of Removal. United States Citizenship and Immigration Services

24  ("USCIS") has scheduled the asylum interview to take place on August 30, 2023, and it agrees to work

25  diligently towards completing adjudication of Plaintiff's petition, absent the need for further

26  adjudicative action or unforeseen circumstances that would require additional time for adjudication.

27

28
    Stip to Stay Proceedings
    4:23-cv-03420 DMR                              1

1    Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss this case and, in that

2  event, the parties agree to bear their own attorney's fees and costs.  Accordingly, the parties stipulate and

3  request that the proceedings in this case be stayed until December 28, 2023, at which time the parties

4  will file a joint status report with the Court. At that time, the parties may request a further continuance of

5  the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the

6

7  Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's

8  resources while the parties pursue a potential administrative resolution.

9

10  Dated: September 1, 2023                              Respectfully submitted[i],

11                                                        ISMAIL J. RAMSEY
                                                          United States Attorney
12

13                                                        /s/ Elizabeth Kurlan
                                                          ELIZABETH D. KURLAN
14                                                        Assistant United States Attorney
                                                          Attorneys for Defendant
15

16  Dated: September 1, 2023

17                                                        /s/ Michael Chen
                                                          MICHAEL CHEN
                                                          Michael Chen Law Offices
18                                                        Attorney for Plaintiff

19

20                                     **ORDER**

21      Pursuant to stipulation, IT IS SO ORDERED.

22                                                        

23

24

25  Date:  September 11, 2023

26                                                        HON. DONNA M. RYU
                                                          United States Chief Magistrate Judge

27  _____
   [i]  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories
   listed below concur in the filing of this document.
28

Stip to Stay Proceedings
4:23-cv-03420 DMR                              2